## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:14-cv-00198-RLV-DSC

| | |
|---|---|
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,**<br><br>                              **Plaintiff,**<br><br>v.<br><br><br>**COMMSCOPE INC. OF NORTH CAROLINA,**<br><br>                           **Defendant.** | **ORDER** |

THIS MATTER is before the Court on St. Paul Fire and Marine Insurance Company and CommScope Inc. of North Carolina's Joint Motion to hold the current Case Management Order deadlines in abeyance until Third-Party Defendant Insurance Company of the State of Pennsylvania appears in the case, and the parties comply with the requirements of Rule 26 of the Federal Rules of Civil Procedure and Local Rule LCvR 16. For good cause shown, the Court hereby GRANTS the Motion.

IT IS SO ORDERED that the Joint Motion is GRANTED, the Case Management Order deadlines are held in abeyance until the parties submit Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan, at which time the Court will set new deadlines and a new trial date.

        **SO ORDERED**.

Signed: June 30, 2016

David S. Cayer
United States Magistrate Judge